**Fill in this information to identify the case:**

Debtor name  **Mortent M.M. Corp.**

United States Bankruptcy Court for the **Eastern District of New York**

Case number (if known):  **8-19-72497-las**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* ............................................................................... $ 13,200,000.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* ............................................................................. $ 0.00

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ............................................................................... $ 13,200,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D* ........................ $ 1,650,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..................................... $ 0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................ + $ 0.00

4. **Total liabilities** ..................................................................
   Lines 2 + 3a + 3b                                 $ 1,650,000.00

<br>

Fill in this information to identify the case:

Debtor name    Mortent M.M. Corp.

United States Bankruptcy Court for the:    Eastern District of New York

Case number (if known):    8-19-72497-las

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
A & H realty Corp

Describe debtor's property that is subject to a lien

$850,000.00     $13,200,000.00

Creditor's mailing address
23 Front Street Suit 1P
Hempstead, New York 11550

Describe the lien
TaxLien

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2** Creditor's name
Commander Terminal Holding

Describe debtor's property that is subject to a lien

$800,000.00     $13,200,000.00

Creditor's mailing address
28 Liberty Street
New York, New York 10005

Describe the lien
FirstMortgage

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,650,000.00

Debtor  Mortent M.M. Corp.
        Name

Case number (if known) 8-19-72497-las

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2 ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2 ___ | ___ ___ ___ ___ |
| | Line 2 ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2 ___ | ___ ___ ___ ___ |

Form 206D           Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**           page 2 of 2

Fill in this information to identify the case:

Debtor __Mortent M.M. Corp.__

United States Bankruptcy Court for the: __Eastern District of New York__

Case number __8-19-72497-las__
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Mortent M.M. Corp.                                    Case number (if known) 8-19-72497-las
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Mortent M.M. Corp. | Case number *(if known)* 8-19-72497-las |
| | Name | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor      Mortent M.M. Corp.
            Name                                              Case number (*knows)8-19-72497-las

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a  **Total claims from Part 1** | 5a. | $0.00 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $0.00 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

Debtor name  **Mortent M.M. Corp.**

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (if known):  **8-19-72497-las**          Chapter  **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | D & G Automotive<br>91A Commercial Ave |
| | State the term remaining<br>List the contract number of any government contract | 5 years | Garden City          New York          11530 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | Garden City Autobody<br>91 Commercial Ave |
| | State the term remaining<br>List the contract number of any government contract | 2 years | Garden City          New York          11530 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | APJ<br>200 Commercial Ave |
| | State the term remaining<br>List the contract number of any government contract | 5 years | Garden City          New York          11530 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | Bargain Tree Services<br>200 Commercial Ave |
| | State the term remaining<br>List the contract number of any government contract | 5 years | Garden City          New York          11530 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | Cross Island Welding<br>200 Commercial Ave |
| | State the term remaining<br>List the contract number of any government contract | 5 years | Garden City          New York          11530 |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of _2_

Debtor    __Mortent M.M. Corp._____    Case number (if known) __8-19-72497-las__
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | Abetiello Peter<br>300 Commercial Ave |
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | Garden City    New York    11530 |

| | | | |
|---|---|---|---|
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | Lewis Tree Service<br>200 Commercial Ave |
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | Garden City    New York    11530 |

| | | | |
|---|---|---|---|
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | Pascarella Landscaping<br>200 Commercial Ave |
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | Garden City    New York    11530 |

| | | | |
|---|---|---|---|
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | United Restorations<br>200 Commercial Ave |
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | Garden City    New York    11530 |

| | | | |
|---|---|---|---|
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Lease of portion of real property. Debtor is landlord. | Letom Management<br>91 Commercial Ave |
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | Garden City    New York    11530 |

| | | | |
|---|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |